IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: Attn: Brett Bullis, Warden    Criminal No.: 4:21cr56
Avery-Mitchell Correctional Institution
600 Amity Park Road
Spruce Pine, NC 28777
(828) 765-0229

WE COMMAND YOU to surrender the body of LADRALE PUTNEY, detained under your custody, to the United States Marshal for the Eastern District of Virginia or his Deputy. The said United States Marshal is directed to produce the body before the United States District Court for the Eastern District of Virginia, at 600 Granby Street, Norfolk, Virginia, on the 23rd day of August, 2022, at 9:00 a.m., and at such other times as this Court may direct, then and there to do, submit to, and receive whatsoever the Court shall then and there determine. The body thereafter shall forthwith be returned by the United States Marshal to the above-referenced institution and custody, and you have then and there this writ.

WITNESS, the Honorable Lawrence R. Leonard, Magistrate Judge of the United States District Court for the Eastern District of Virginia, at Norfolk, Virginia, this 17th day of August, 2022.

FERNANDO GALINDO, CLERK

By: /s/ b.p.
B. Peters, Deputy Clerk