Exhibit 1

DVD of three police body cameras