IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

*Newport News Division*

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LADRALE ANTONIO PUTNEY,<br><br>Defendant. | Criminal No. 4:21-cr-56<br><br>**NOTICE OF ADOPTION OF DEFENDANT'S MOTION TO SUPPRESS** |

    The defendant, by counsel, hereby notifies this Honorable Court that undersigned counsel has elected to adopt Defendant's Motion to Suppress (ECF No. 19) filed in this matter by prior defense counsel as is, without supplementation.

                        Respectfully submitted,

                        LADRALE ANTONIO PUTNEY

/s/
David Michael Good
Virginia State Bar No. 44107
Attorney for Ladrale Antonio Putney
David Michael Good, P.C.
780 Lynnhaven Parkway, Suite 400
Virginia Beach, Virginia 23452-7332
Telephone: (757) 306-1331
Facsimile: (888) 306-2608
E-mail: dgood@dgoodlaw.com

**Prepared by David Michael Good, P.C.**

CERTIFICATE OF SERVICE

    I hereby certify that on the 5th day of July 2023, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

UNITED STATES OF AMERICA V. LADRALE ANTONIO PUTNEY; 4:21-CR-56; NOTICE OF ADOPTION OF DEFENDANT'S MOTION TO SUPPRESS - 1

/s/
David Michael Good
Virginia State Bar No. 44107
Attorney for Ladrale Antonio Putney
David Michael Good, P.C.
780 Lynnhaven Parkway, Suite 400
Virginia Beach, Virginia 23452
Telephone: (757) 306-1331
Facsimile: (888) 306-2608
E-mail: dgood@dgoodlaw.com

**Prepared by David Michael Good, P.C**.

UNITED STATES OF AMERICA V. LADRALE ANTONIO PUTNEY; 4:21-CR-56; NOTICE OF ADOPTION OF DEFENDANT'S MOTION TO SUPPRESS - 2